IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC<br>    Plaintiff,<br><br>vs.<br><br>LINKEDIN CORPORATION<br><br>    Defendant. | §<br>§<br>§<br>§<br>§   Case No: 2:16-cv-1263-RWS<br>§<br>§<br>§<br>§<br>§<br>§ |

## UNOPPOSED MOTION TO DISMISS DEFENDANT LINKEDIN CORPORATION WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a), Plaintiff Rothschild Broadcast Distribution Systems, LLC moves the Court to dismiss all of its claims against Defendant LinkedIn Corporation with prejudice, and with each party to bear its own attorneys' fees and costs and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: April 26, 2017                             Respectfully Submitted,

                                                  */s/ Jay Johnson*
                                                  **JAY JOHNSON**
                                                  State Bar No. 24067322
                                                  **BRAD KIZZIA**
                                                  State Bar No. 11547550
                                                  **KIZZIA JOHNSON PLLC**
                                                  1910 Pacific Ave.
                                                  Suite 13000
                                                  Dallas, TX 75201
                                                  (214) 451-0164
                                                  Fax: (214) 451-0165
                                                  jay@kjpllc.com
                                                  bkizzia@kjpllc.com

                                                  **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 26, 2017.

                                                  */s/ Jay Johnson*
                                                  Jay Johnson

### CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff certifies that he met and conferred with counsel for Defendant on April 26, 2017 and that Defendant does not oppose this motion.

                                                  */s/ Jay Johnson*
                                                  Jay Johnson