IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC<br>    Plaintiff,<br><br>vs.<br><br>LINKEDIN CORPORATION<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No: 2:16-cv-1263-RWS |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's motion to dismiss with prejudice Defendant LinkedIn Corporation pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant LinkedIn Corporation are dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

SO ORDERED.

    SIGNED this 3rd day of May, 2017.

                                                        *[signature: Robert W. Schroeder III]*
                                                        ROBERT W. SCHROEDER III
                                                        UNITED STATES DISTRICT JUDGE